## CLAIRE FRIEDLANDER *v.* HENRY FRIEDLANDER
## (8918)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued April 29—decision released May 14, 1991

*Henry Friedlander,* pro se, the appellant (defendant).
*Saul Kwartin,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.